# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00943-LTB

HOPE HOMES,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Senior Judge Lewis T. Babcock entered on June 18, 2014 it is

ORDERED that the decision of the Commissioner of Social Security is affirmed and, accordingly, final judgment is entered in favor of Defendant, Carolyn W. Colvin, and against Plaintiff, Hope Homes .  It is further

ORDERED that Defendant, Carolyn W. Colvin, shall recover costs from Plaintiff, Hope Homes.

    Dated at Denver, Colorado this 18th day of June, 2014.

                                                    FOR THE COURT:
                                                    JEFFREY P. COLWELL, CLERK

By:  s/   K Lyons
　　　　　K Lyons
　　　　　Deputy Clerk